[Cite as *Riley v. Unknown*, 2010-Ohio-6637.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

GREGORY A. RILEY

    Plaintiff

    v.

UNKNOWN

    Defendant

    Case No. 2010-09540-AD

ENTRY OF DISMISSAL

**{¶ 1}** On August 6, 2010, this court issued an entry ordering plaintiff to submit the required $25 filing fee or poverty statement with supporting documentation and a signed amended complaint naming an appropriate state agency, department, board or commission or face dismissal of his case. Plaintiff has failed to comply with the court order. Therefore, plaintiff's case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

 

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Gregory A. Riley
1094 Amity Road
Galloway, Ohio  43119

Case No. 2010-09540-AD          - 2 -          ENTRY

Case No. 2010-09540-AD          - 2 -          ENTRY

DRB/laa
Filed 10/12/10
Sent to S.C. reporter 1/21/11